1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SHAUN DOMINIC MOORE,                      1:12-cv-01774-SKO (HC)

12                                             ORDER TRANSFERRING CASE TO THE
                                               UNITED STATES DISTRICT COURT FOR
13                 Petitioner,                 THE CENTRAL DISTRICT OF
                                               CALIFORNIA
14   vs.

15   PEOPLE,

16                 Respondent.

17   _____/

18

19          Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28

20   U.S.C. § 2254pauperis pursuant to 28 U.S.C. § 1915.

21          The federal venue statute requires that a civil action, other than one based on diversity

22   jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants

23   reside in the same state, (2) a judicial district in which a substantial part of the events or omissions

24   giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is

25   situated, or  (3) a judicial district in which any defendant may be found, if there is no district in which

26   the action may otherwise be brought." 28 U.S.C.  §  1391(b).

27          In this case, the petitioner is challenging a conviction from Los Angeles County, which is in the

28   Central District of California.  Therefore, the petition should have been filed in the United States District

-1-

1    Court for the Central District of California.  In the interest of justice, a federal court may transfer a case

2    filed in the wrong district to the correct district.  <u>See</u> 28 U.S.C. § 1406(a);  <u>Starnes v. McGuire</u>, 512 F.2d

3    918, 932 (D.C. Cir. 1974).

4            Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States

5    District Court for the Central District of California.

6    IT IS SO ORDERED.

7    **Dated:    November 1, 2012            /s/ Sheila K. Oberto**
                                      UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28